JS-6

Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ANTONIO MARROQUIN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>DELINDA HARMAN, Warden,<br><br>　　　　Respondent. | Case No.  CV 12-8667-DDP (RNB)<br><br>**J U D G M E N T** |

　　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:   December 20, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE